

KEN PAXTON

ATTORNEY GENERAL OF TEXAS

ACCEPTED
15-24-00042-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/26/2025 2:01 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/26/2025 2:01:59 PM
CHRISTOPHER A. PRINE
Clerk

BRENDAN FUGERE
ASSISTANT ATTORNEY GENERAL

March 26, 2025

**VIA ELECTRONIC FILING**

Mr. Christopher A. Prine
Clerk of the Court
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

Re: *Oncor Electric Delivery Company LLC v. Public Utility Commission of Texas*; No. 15-24-00042-CV
Oral Argument Acknowledgment

Dear Mr. Prine:

Appellee acknowledges the Court's letter advising that this appeal has been set for oral argument on Tuesday, April 15, 2025, at 1:00 PM. Brendan Fugere of the Office of the Attorney General will present oral argument on behalf of Appellee.

Respectfully submitted.

/s/ Brendan Fugere
BRENDAN FUGERE
Assistant Attorney General
State Bar No. 24143863
Brendan.Fugere@oag.texas.gov

Counsel for Appellee

cc: Jarrett L. Hale (via electronic service)

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Toni Shah on behalf of Brendan Fugere
Bar No. 24143863
toni.shah@oag.texas.gov
Envelope ID: 98919155
Filing Code Description: Letter
Filing Description: Appellee OA Acknowledgement Ltr
Status as of 3/26/2025 2:27 PM CST

Associated Case Party: Public Utility Commission of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Rance Craft | | rance.craft@oag.texas.gov | 3/26/2025 2:01:59 PM | SENT |
| Brendan Fugere | | Brendan.Fugere@oag.texas.gov | 3/26/2025 2:01:59 PM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 3/26/2025 2:01:59 PM | SENT |

Associated Case Party: Oncor Electric Delivery Company LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nicole Skolnekovich | 24110371 | Nskolnekovich@hunton.com | 3/26/2025 2:01:59 PM | SENT |
| Jarrett Hale | | jhale@huntonak.com | 3/26/2025 2:01:59 PM | SENT |
| Tab Urbantke | | turbantke@huntonak.com | 3/26/2025 2:01:59 PM | SENT |
| Lauren Freeland | | lfreeland@huntonak.com | 3/26/2025 2:01:59 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Elizabeth Page | | elizabethpage@huntonak.com | 3/26/2025 2:01:59 PM | SENT |
| Toni Shah | | toni.shah@oag.texas.gov | 3/26/2025 2:01:59 PM | SENT |
| Thomas L.Brocato | | tbrocato@lglawfirm.com | 3/26/2025 2:01:59 PM | SENT |
| Jacob J.Lawler | | jacob.lawler@hklaw.com | 3/26/2025 2:01:59 PM | SENT |
| Meghan Griffiths | | mgriffiths@jw.com | 3/26/2025 2:01:59 PM | SENT |
| Grant Clifton | | grantclifton@gmail.com | 3/26/2025 2:01:59 PM | SENT |
| Laura W.Baker | | lwb@smxblaw.com | 3/26/2025 2:01:59 PM | SENT |
| Carrier Collier-Brown | | carrie.collierbrown@lockelord.com | 3/26/2025 2:01:59 PM | ERROR |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Toni Shah on behalf of Brendan Fugere
Bar No. 24143863
toni.shah@oag.texas.gov
Envelope ID: 98919155
Filing Code Description: Letter
Filing Description: Appellee OA Acknowledgement Ltr
Status as of 3/26/2025 2:27 PM CST

Case Contacts

| | | | | |
|---|---|---|---|---|
| Carrier Collier-Brown | | carrie.collierbrown@lockelord.com | 3/26/2025 2:01:59 PM | ERROR |
| Bryan Clark | | bryan.clark@pxd.com | 3/26/2025 2:01:59 PM | SENT |
| Catherine J.Webking | | cwebking@spencerfane.com | 3/26/2025 2:01:59 PM | SENT |
| Michael A.McMillin | | mmcmillin@omm.com | 3/26/2025 2:01:59 PM | SENT |
| Alfred R.Herrera | | aherrera@herreralawpllc.com | 3/26/2025 2:01:59 PM | SENT |
| Sergio E.Herrera | | sherrera@herreralawpllc.com | 3/26/2025 2:01:59 PM | SENT |